IDA R. CORNMAN, Respondent, v. NATHAN GOTTESMAN, Respondent, et al., Defendants. REGENT BOAT CORP., Appellant.—

No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.